**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO GONALEZ GARCIA,<br><br>                    Petitioner,<br><br>          v.<br><br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.<br><br>                    Respondents. | Case No. 5:26-cv-01324-KK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Respondents indicated they do not oppose the granting of the First Amended Petition, which has been construed as a waiver of their right to file objections.  The Court accepts the findings and recommendation of the Magistrate Judge.

The Court has additionally considered petitioner's Emergency Request for an Order to Preserve the Court's Jurisdiction.  The Court finds this Order Accepting and accompanying Judgment moot the Emergency Request, and therefore DENIES the Emergency Request (docket no. 9) on that basis.

IT IS THEREFORE ORDERED that: (1) Judgment be entered granting the First Amended Petition; (2) respondents shall immediately release petitioner from immigration

custody; (3) respondents shall return any confiscated property and documents to petitioner upon her release; (4) respondents are enjoined and restrained from re-detaining petitioner unless they first follow the procedures set forth in 8 C.F.R. § 241.13(i), including providing petitioner with adequate pre-deprivation notice and a meaningful opportunity to respond; and (5) respondents shall file a status report no later than April 30, 2026, regarding their compliance with this Order.

Dated: April 28, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE