JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SOCORRO GONZALEZ GARCIA,

                    Petitioner,

          v.

ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al.,

                    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-01324-KK-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is granted.

Dated: <u>April 28, 2026</u>

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE